## In re Senate Bill No. 416.

**Legislative Question**—When both houses of the general assembly have taken a final vote on a bill, it is no longer pending legislation, and the court will decline to respond to a question as to its constitutionality; nor will the court consider such a question when presented at so short a time before the termination of the legislative session as to afford no opportunity for such investigation as the question requires.

*Original Proceeding on Interrogatory from the House of Representatives.*

*Per Curiam.*—The opinion of the court is in response to an interrogatory propounded by the House of Representatives. It appears from the resolution of that body that the bill in question has passed the senate on third reading and on its passage through the house the vote stood 38 yeas and 24 nays. The specific questions asked are (1) "Is the said Senate Bill No. 416  *  *  *  constitutional under section 14 of article VI of the constitution  *  *  *?" and (2) "If said bill is constitutional in form, then did it receive the constitutional number of votes?"

Under the well established practice of this court we are precluded from answering these questions for

various reasons, the two following being conclusive against its propriety:

1. ˙ Legislative questions must be connected with *pending*, not with *completed*, legislation. Both bodies of the general assembly have taken a final vote upon this bill and it no longer can be considered *pending* legislation.—*In re University Fund*, 18 Colo. 398.

2. We judicially know that the present session of the general assembly will expire by limitation of law on the 5th inst. The three days left would not give sufficient time for full and satisfactory argument of counsel or for that attentive and careful investigation by the court which a grave constitutional question requires.

We therefore are constrained to withhold answer of the interrogatory propounded, and respectfully ask the Honorable House of Representatives to withdraw the same.